United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18002-jkf
David Conquest                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Feb 15, 2018
                             Form ID: pdf900          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db            +David Conquest,   2647 N. Myrtlewood Street,   Philadelphia, PA 19132-3042
13824008       American InfoSource LP, agent for Verizo,   PO Box 248838,   Oklahoma City, OK 73124-8838
13824011      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13824012      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13837621      +Denise Carlon Esquire,   c/o JP Morgan Bank National,   701 Market Street ste 5000,
               Philadelphia Pa 19106-1541
13824016      +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
13824017      +HSBC,   Williamson & Brown LLC,   4691 Clifton Pkwy.,   Hamburg, NY 14075-3201
13921073      +JPMorgan Chase Bank, N.A.,   ATTN: Correspondence Mail,   Mail Code: LA4-5555,
               700 Kansas Lane,   Monroe, LA 71203-4774
13824018      +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13824019      +PHILA GAS WORKS,   800 W MONTGOMERY AVE,3F,   ATTN: BANKRUPTCY UNIT,
               Philadelphia, PA 19122-2898
13824022      +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13824023      +Verizon Wireless,   1 Verizon Pl,   Alpharetta, GA 30004-8510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:26     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:53:43
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2018 01:54:06     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13824006      +E-mail/Text: EBNProcessing@afni.com Feb 16 2018 01:53:54     Afni,   POBox 3517,
               Bloomington, IL 61702-3517
13830701       E-mail/Text: ally@ebn.phinsolutions.com Feb 16 2018 01:53:08     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
13824007      +E-mail/Text: ally@ebn.phinsolutions.com Feb 16 2018 01:53:08     Ally Financial,
               200 Renaissance Ctr,   Detroit, MI 48243-1300
13888712       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2018 02:03:59
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK 73124-8838
13824010       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 02:03:47
               Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13854887       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 02:03:59
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13824014       E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:26     City of Philadelphia,
               Dept. of Revenue - Water Revenue Bureau,   1401 John F. Kennedy Blvd.,
               Philadelphia, PA 19102
13824013       E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:26     City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13824015      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 16 2018 01:54:48     Credit Coll,
               Po Box 9134,   Needham, MA 02494-9134
13824021       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:04:14
               Portfolio Recovery Associates, LLC,   P.O. Box 41067,   Norfolk, VA 23541
13824020      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:16:29
               Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13824024       E-mail/Text: james.feighan@phila.gov Feb 16 2018 01:54:48     Water Revenue Bureau,
               1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                   TOTAL: 15


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13824009*      American InfoSource LP, agent for Verizo,   PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD        Page 2 of 2          Date Rcvd: Feb 15, 2018
                             Form ID: pdf900        Total Noticed: 27
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
             DAVID M. OFFEN    on behalf of Debtor David  Conquest dmo160west@gmail.com,
              davidoffenecf@gmail.com
             DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
              bkgroup@kmllawgroup.com
             FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
             FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
             POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

DAVID CONQUEST
                                          : Bankruptcy No. 16-18002JKF
        Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____

Jean K. FitzSimon, B. J.

**Date: February 15, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

DAVID CONQUEST
2647 N. MYRTLEWOOD STREET
PHILADELPHIA,PA.19132